**Opinion issued August 13, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-24-00595-CV

_____

## IN RE JAGJIT S. THANDI, AMRIT THANDI, INDERJIT S. THANDI, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Jagjit S. Thandi, Amrit Thandi, Inderjit S. Thandi have filed a petition for writ of mandamus requesting this Court to order the trial court to rule on outstanding motions.[1]

---

[1] The underlying case is *Danny Ray Smith and Sonya Hurd v. Jagjit S. Thandi, Amrit Thandi, Inderjit S. Thandi and Momammad Akif*, cause number 2016-39983, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula Hall presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.